COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP

NORMAND R. LEZY     6297-0
   E-Mail: nlezy@cwlfirm.com
MICHAEL J. NAKANO  6940-0
   E-Mail: mnakano@cwlfirm.com
Davies Pacific Center, Suite 1099
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 744-7020
Facsimile:  (808) 744-7030

Attorneys for Defendant
WAL-MART STORES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAVID LeFELL,<br><br>            Plaintiff,<br><br>   vs.<br><br>WAL-MART STORES, INC., JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS, CORPORATIONS, or ENTITIES 1-10,<br><br>            Defendants. | CIVIL NO. 18-00004 JAO-KSC<br>(Other Non-Vehicle Tort)<br><br>**STIPULATION FOR DISMISSAL OF ALL CLAIMS AND ALL PARTIES WITH PREJUDICE**<br><br>Trial: April 2, 2019 |

**STIPULATION FOR DISMISSAL OF ALL
CLAIMS AND ALL PARTIES WITH PREJUDICE**

Pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii),

IT IS HEREBY STIPULATED by and among the parties hereto that the Complaint

against Defendant WAL-MART STORES, INC. is hereby dismissed with

prejudice. Each party to bear its own attorneys fees and costs.

All parties have executed this Stipulation. There are no remaining parties or issues.

Trial of this matter is scheduled for April 2, 2019.

DATED: Honolulu, Hawaii, November 26, 2018.

/s/ Sofia Hirosane McGuire
MICHAEL D. RUDY
PAUL A. C. HIGA
SOFIA HIROSANE McGUIRE
JAMIE C. YOUNG
Attorneys for Plaintiff
DAVID LeFELL

/s/ Normand R. Lezy
NORMAND R. LEZY
MICHAEL J. NAKANO
Attorneys for Defendant
WAL-MART STORES, INC.

APPROVED AND SO ORDERED:

Jill A. Otake
United States District Judge

**DAVID LeFELL v. WAL-MART STORES, INC., Civil No. 18-00004 JAO-KSC; STIPULATION FOR DISMISSAL OF ALL CLAIMS AND ALL PARTIES WITH PREJUDICE**